A. Kamenjarin, appellee, v. Mike Kristich, appellant. Gen. No. 28,420.

Judgment by confession on note. Judgment opened and confirmed. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Lefkow & Lefkow, for appellant. William Cullen Burns, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

In re estate of Anna C. Behrend, deceased.

George Behrend, appellant, v. Edward Behrend, administrator, appellee. Gen. No. 28,432.

Claim against intestate's estate. Judgment for administrator. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Charles G. Hendricks, for appellant; William T. Pridmore, of counsel. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Fountain Inn Oil Mill Company, appellee, v. National Lumber Mutual Insurance Company, appellant. Gen. No. 28,466.

Action on fire insurance policy. Judgment against the company. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Rufus M. Potts, Joseph W. Cox and Byron Tyler, for appellant. Culver, Andrews & King, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Wilson B. Golden, appellee, v. County of Cook, appellant. Gen. No. 28,475.

Assumpsit for salary as elevator operator. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed. Opinion filed October 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Robert E. Crowe, State's Attorney, George E. Gorman, William H. Duval and William H. Gruver, Assistant State's Attorneys, for appellant. A. D. Gash, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.